# United States Court of Appeals for the Federal Circuit

---

May 29, 2019

**ERRATA**

---

Appeal Nos. 2018-1132, 2018-1346

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A., UNILOC LLC 2017,**
*Plaintiffs-Appellants*

**v.**

**ADP, LLC,**
*Defendant*

**BIG FISH GAMES, INC.,**
*Defendant-Appellee*

- - - - - - - - - - - - - - - - - - - - - -

Appeal No. 2018-1448

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A., UNILOC LLC 2017,**
*Plaintiffs-Appellants*

**v.**

**BITDEFENDER, INC., KASPERSKY LAB, INC.,**
*Defendants-Appellees*

Decided: May 24, 2019
Nonprecedential Opinion

————————————

Please make the following changes:

Page 12, Footnote 3, change "Appellants" to --Appellees--.

Page 20, Line 26, change "identify" to --identity--.